■ In the Matter of JAMES ALLEN et al., Petitioners, and ROBERT METERA, Appellant, v ROBERT MADIGAN et al., as Commissioners of the Civil Service Commission of the City of Binghamton, Respondents.—Appeal from an order of the Supreme Court at Special Term, entered April 27, 1979 in Broome County, which denied a motion for leave to renew. Order affirmed, with costs, upon the opinion of Mr. Justice Fischer at Special Term. Mahoney, P. J., Greenblott, Sweeney, Main and Mikoll, JJ., concur.